**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

In re:  RILEY, EDWARD V. § Case No. 18-20363
RILEY, BRIDGET M. §
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/27/2018. The undersigned trustee was appointed on 02/27/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          5,994.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 25.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 5,968.60 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 11/08/2018 and the deadline for filing governmental claims was 11/08/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,349.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $0.00 as interim compensation and now requests the sum of $1,349.40, for a total compensation of $1,349.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $227.70 for total expenses of $227.70[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2018                              By: /s/ David R. Dubois
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---
   [2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 18-20363
**Case Name:** RILEY, EDWARD V.
RILEY, BRIDGET M.
**For Period Ending:** 12/15/2018

**Trustee Name:** (520162) David R. DuBois
**Date Filed (f) or Converted (c):** 02/27/2018 (f)
**§ 341(a) Meeting Date:** 03/27/2018
**Claims Bar Date:** 11/08/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2232 WHITCOMB STREET, Gary, IN 46404-0000, Lake County<br>Single-family home, SURRENDERING; IN FORECLOSURE. Entire property value: $20,000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 2 | 8821 NORTHCOTE AVENUE, Munster, IN 46321-0000, Lake County<br>Single-family home, PERSONAL RESIDENCE. Entire property value: $160,000.00 | 160,000.00 | 0.00 | | 0.00 | FA |
| 3 | 9850 BRIDGET CT, UNION PIER, MI<br>Single-family home, RENTAL PROPERTY TRYING TO GET MODIFICATION OR WILL SURRENDER. Entire property value: $390,000.00 | 390,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2016 Dodge Caravan<br>Entire property value: $12,000.00 | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2010 HONDA CRV, 110000 miles<br>Entire property value: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | FURNITURE | 3,500.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: BMO HARRIS | 150.00 | 0.00 | | 0.00 | FA |
| 10 | 2017 TAX REFUNDS (u) | 0.00 | 5,994.00 | | 5,994.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$592,050.00** | **$5,994.00** | | **$5,994.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/20/18 Filed Applications for Compensation - awaiting Orders - TFR to follow

**Initial Projected Date Of Final Report (TFR):** 10/31/2018    **Current Projected Date Of Final Report (TFR):** 12/31/2018

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 18-20363 | Trustee Name: | David R. DuBois (520162) |
|---|---|---|---|
| Case Name: | RILEY, EDWARD V.<br>RILEY, BRIDGET M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0487 | Account #: | ******9300 Checking |
| For Period Ending: | 12/15/2018 | Blanket Bond (per case limit): | $36,630,939.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/18 | {10} | Ed Riley and Bridget Riley | 2017 Federal and Indiana income tax refunds | 1224-000 | 5,994.00 | | 5,994.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,984.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,979.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.40 | 5,973.60 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,968.60 |
| | | COLUMN TOTALS | | | 5,994.00 | 25.40 | $5,968.60 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 5,994.00 | 25.40 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $5,994.00 | $25.40 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B
Page: 2

| | | |
|---|---|---|
| **Case No.:** | 18-20363 | |
| **Case Name:** | RILEY, EDWARD V. | |
| | RILEY, BRIDGET M. | |
| **Taxpayer ID #:** | **-***0487 | |
| **For Period Ending:** | 12/15/2018 | |

| | |
|---|---|
| **Trustee Name:** | David R. DuBois (520162) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9300 Checking |
| **Blanket Bond (per case limit):** | $36,630,939.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9300 Checking | $5,994.00 | $25.40 | $5,968.60 |
| | $5,994.00 | $25.40 | $5,968.60 |

| Printed: 12/15/18 11:33 | | | Exhibit C<br>Claims Distribution Register | | | | | Page: 1 |

Case:   18-20363 EDWARD V RILEY AND BRIDGET M RILEY

| Claim# | Date | Pri | Claimant /<br>UTC | Amount<br>Filed | Amount<br>Allowed | Paid to<br>Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/24/18 | 200 | DAVID R. DUBOIS, ATTORNEY<br>POB 14<br>PORTAGE, IN 46368-0014<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 510.00 | $ 510.00 | $ 0.00 | $ 510.00 | $ 510.00 |
| | 10/22/18 | 200 | David R. DuBois<br>Chapter 7 Trustee<br>P.O. BOX 14<br>PORTAGE, IN 46368-0014<br><2100-00 Trustee Compensation> | $ 1,349.40 | $ 1,349.40 | $ 0.00 | $ 1,349.40 | $ 1,349.40 |
| | 11/20/18 | 200 | David R. DuBois<br>Chapter 7 Trustee<br>P.O. BOX 14<br>PORTAGE, IN 46368-0014<br><2200-00 Trustee Expenses> | $ 227.70 | $ 227.70 | $ 0.00 | $ 227.70 | $ 227.70 |
| | | | Total for Priority 200:    100% Paid | $ 2,087.10 | $ 2,087.10 | $ 0.00 | $ 2,087.10 | $ 2,087.10 |
| | | | Total for Admin Ch. 7 Claims: | $ 2,087.10 | $ 2,087.10 | $ 0.00 | $ 2,087.10 | $ 2,087.10 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/10/18 | 610 | TD Bank, USA by American InfoSource<br>as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,617.46 | $ 3,617.46 | $ 0.00 | $ 3,617.46 | $ 110.51 |
| 2 | 08/10/18 | 610 | TD Bank, USA by American InfoSource<br>as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,179.57 | $ 4,179.57 | $ 0.00 | $ 4,179.57 | $ 127.68 |
| 3 | 08/24/18 | 610 | COMMONWEALTH EDISON<br>COMPANY COMED BANKRUPTCY<br>DEPARTMENT<br>1919 SWIFT DRIVE<br>OAKBROOK TERRACE, IL 60523<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,039.63 | $ 1,039.63 | $ 0.00 | $ 1,039.63 | $ 31.76 |
| 4 | 08/27/18 | 610 | Capital One Bank (USA), N.A. by<br>American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 439.81 | $ 439.81 | $ 0.00 | $ 439.81 | $ 13.44 |

Printed: 12/15/18 11:33

## Exhibit C
## Claims Distribution Register

Page: 2

**Case:** 18-20363 EDWARD V RILEY AND BRIDGET M RILEY

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 09/04/18 | 610 | WebCollex LLC c/o JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,813.77 | $ 1,813.77 | $ 0.00 | $ 1,813.77 | $ 55.41 |
| 6 | 09/11/18 | 610 | Asons Construction, Inc. % Genetos Lane & Buitendorp LLP<br>7900 Broadway<br>Merrillville, IN 46410<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 23,508.56 | $ 23,508.56 | $ 0.00 | $ 23,508.56 | $ 718.15 |
| 7 | 09/24/18 | 610 | Dell Financial Services, LLC Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,382.04 | $ 5,382.04 | $ 0.00 | $ 5,382.04 | $ 164.41 |
| 8 | 09/24/18 | 610 | CACH, LLC its successors and assigns as assignee of First National Bank Omaha Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,336.29 | $ 10,336.29 | $ 0.00 | $ 10,336.29 | $ 315.76 |
| 9 | 09/24/18 | 610 | CW Nexus Credit Card Holdings I, LLC Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 916.28 | $ 916.28 | $ 0.00 | $ 916.28 | $ 27.99 |
| 10 | 09/26/18 | 610 | LVNV Funding c/o Resurgent Capital Services<br>PO BOX 10675<br>Greenville, SC 29603-0675<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 663.52 | $ 663.52 | $ 0.00 | $ 663.52 | $ 20.27 |
| 11 | 09/26/18 | 610 | CAPITAL ONE BANK (USA), N.A. CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,863.10 | $ 10,863.10 | $ 0.00 | $ 10,863.10 | $ 331.85 |
| 12 | 09/27/18 | 610 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,949.02 | $ 1,949.02 | $ 0.00 | $ 1,949.02 | $ 59.54 |
| 13 | 09/27/18 | 610 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 594.54 | $ 594.54 | $ 0.00 | $ 594.54 | $ 18.16 |

| Printed: 12/15/18 11:33 | | | | | | | | Page: 3 |
|---|---|---|---|---|---|---|---|---|

## Exhibit C
## Claims Distribution Register

**Case:   18-20363 EDWARD V RILEY AND BRIDGET M RILEY**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 14 | 10/05/18 | 610 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Avenue<br>Oklahoma Coty, OK 73118<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 471.05 | $ 471.05 | $ 0.00 | $ 471.05 | $ 14.39 |
| 15 | 10/10/18 | 610 | American Express National Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,470.68 | $ 4,470.68 | $ 0.00 | $ 4,470.68 | $ 136.57 |
| 16 | 10/10/18 | 610 | American Express National Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,495.75 | $ 8,495.75 | $ 0.00 | $ 8,495.75 | $ 259.53 |
| 17 | 10/26/18 | 610 | Midland Funding LLC Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,030.71 | $ 1,030.71 | $ 0.00 | $ 1,030.71 | $ 31.49 |
| 18 | 10/26/18 | 610 | Midland Funding LLC Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,445.81 | $ 8,445.81 | $ 0.00 | $ 8,445.81 | $ 258.01 |
| 19 | 10/26/18 | 610 | Midland Funding LLC Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 6,554.68 | $ 6,554.68 | $ 0.00 | $ 6,554.68 | $ 200.24 |
| 20 | 10/26/18 | 610 | Midland Funding LLC Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,554.67 | $ 2,554.67 | $ 0.00 | $ 2,554.67 | $ 78.04 |
| 21 | 11/05/18 | 610 | Fifth Third Bank<br>PO Box 9013<br>Addison, TX 75001<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,915.79 | $ 8,915.79 | $ 0.00 | $ 8,915.79 | $ 272.36 |
| 22 | 11/07/18 | 610 | Midland Funding LLC Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,510.36 | $ 2,510.36 | $ 0.00 | $ 2,510.36 | $ 76.69 |

| Printed: 12/15/18 11:33 | | | | **Exhibit C** | | | Page: 4 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | **Claims Distribution Register** | | | |

**Case:    18-20363 EDWARD V RILEY AND BRIDGET M RILEY**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 23 | 11/08/18 | 610 | SYNCHRONY BANK c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121 | $ 5,858.40 | $ 5,858.40 | $ 0.00 | $ 5,858.40 | $ 178.96 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 24 | 11/08/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | $ 824.11 | $ 824.11 | $ 0.00 | $ 824.11 | $ 25.18 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 25 | 11/08/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | $ 11,624.90 | $ 11,624.90 | $ 0.00 | $ 11,624.90 | $ 355.11 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | | Total for Priority 610:    3.05484% Paid | $ 127,060.50 | $ 127,060.50 | $ 0.00 | $ 127,060.50 | $ 3,881.50 |
| | | | Total for Unsecured Claims: | $ 127,060.50 | $ 127,060.50 | $ 0.00 | $ 127,060.50 | $ 3,881.50 |
| | | | Total for Case: | $ 129,147.60 | $ 129,147.60 | $ 0.00 | $ 129,147.60 | $ 5,968.60 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-20363
Case Name: EDWARD V RILEY AND BRIDGET M RILEY
Trustee Name: David R. DuBois

**Balance on hand:** $ 5,968.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,968.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. DuBois | 1,349.40 | 0.00 | 1,349.40 |
| Trustee, Expenses - David R. DuBois | 227.70 | 0.00 | 227.70 |
| Attorney for Trustee Fees - DAVID R. DUBOIS, ATTORNEY | 510.00 | 0.00 | 510.00 |

Total to be paid for chapter 7 administrative expenses: $ 2,087.10
Remaining balance: $ 3,881.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,881.50

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 3,881.50 |

**UST Form 101-7-TFR(5/1/2011)**

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $127,060.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource as agent | 3,617.46 | 0.00 | 110.51 |
| 2 | TD Bank, USA by American InfoSource as agent | 4,179.57 | 0.00 | 127.68 |
| 3 | COMMONWEALTH EDISON COMPANY COMED BANKRUPTCY DEPARTMENT | 1,039.63 | 0.00 | 31.76 |
| 4 | Capital One Bank (USA), N.A. by American InfoSource as agent | 439.81 | 0.00 | 13.44 |
| 5 | WebCollex LLC c/o JD Receivables LLC | 1,813.77 | 0.00 | 55.41 |
| 6 | Asons Construction, Inc. % Genetos Lane & Buitendorp LLP | 23,508.56 | 0.00 | 718.15 |
| 7 | Dell Financial Services, LLC Resurgent Capital Services | 5,382.04 | 0.00 | 164.41 |
| 8 | CACH, LLC its successors and assigns as assignee of First National Bank Omaha Resurgent Capital Services | 10,336.29 | 0.00 | 315.76 |
| 9 | CW Nexus Credit Card Holdings l, LLC Resurgent Capital Services | 916.28 | 0.00 | 27.99 |
| 10 | LVNV Funding c/o Resurgent Capital Services | 663.52 | 0.00 | 20.27 |
| 11 | CAPITAL ONE BANK (USA), N.A. CABELA'S CLUB VISA | 10,863.10 | 0.00 | 331.85 |
| 12 | Capital One, N.A. c/o Becket and Lee LLP | 1,949.02 | 0.00 | 59.54 |
| 13 | Capital One, N.A. c/o Becket and Lee LLP | 594.54 | 0.00 | 18.16 |
| 14 | Verizon by American InfoSource as agent | 471.05 | 0.00 | 14.39 |
| 15 | American Express National Bank c/o Becket and Lee LLP | 4,470.68 | 0.00 | 136.57 |
| 16 | American Express National Bank c/o Becket and Lee LLP | 8,495.75 | 0.00 | 259.53 |
| 17 | Midland Funding LLC Midland Credit Management, Inc. as agent | 1,030.71 | 0.00 | 31.49 |
| 18 | Midland Funding LLC Midland Credit Management, Inc. as agent | 8,445.81 | 0.00 | 258.01 |
| 19 | Midland Funding LLC Midland Credit Management, Inc. as agent | 6,554.68 | 0.00 | 200.24 |
| 20 | Midland Funding LLC Midland Credit Management, Inc. as agent | 2,554.67 | 0.00 | 78.04 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 21 | Fifth Third Bank | 8,915.79 | 0.00 | 272.36 |
| 22 | Midland Funding LLC Midland Credit Management, Inc. as agent | 2,510.36 | 0.00 | 76.69 |
| 23 | SYNCHRONY BANK c/o Weinstein & Riley, PS | 5,858.40 | 0.00 | 178.96 |
| 24 | Portfolio Recovery Associates, LLC | 824.11 | 0.00 | 25.18 |
| 25 | Portfolio Recovery Associates, LLC | 11,624.90 | 0.00 | 355.11 |

Total to be paid for timely general unsecured claims: $ 3,881.50
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)