UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: Edward V. Riley )<br>      Bridget M. Riley ) CASE NO. 18-20363<br>                                        )<br>                      Debtor(s) ) Chapter 7 | |

## NOTICE OF RESIGNATION AND WITHDRAWAL OF APPOINTMENT AS CHAPTER 7 TRUSTEE

NOTICE IS HEREBY GIVEN THAT:

1. David R. DuBois, Chapter 7 Trustee, (the "Trustee DuBois") is a member of the Northern District of Indiana panel of chapter 7 trustees and was appointed interim trustee for the above-captioned case on 2/27/18.

2. Trustee DuBois has resigned from all of his Northern District of Indiana cases effective December 31, 2018 at 11:59 P.M and his resignation has been accepted by the United States Trustee.

3. Effective December 31, 2018 at 11:59 P.M., Trustee DuBois respectfully resigns his appointment as chapter 7 trustee and withdraws his appearance in the above captioned case.

                                                                                           /s/ David R. DuBois
                                                                                           David R. DuBois

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of December, 2018, a copy of the above document was sent be either electronically filing or by first class mail, in a properly addressed and stamped envelope to:
United States Trustee, 100 E. Wayne St. Ste. 555, South Bend IN 46601.
Regina M. Wilkinson, Attorney at Law, 1000 Washington St., Michigan City, IN 46360
Eward Riley, 8821 Northcotte Ave., Munster, IN 46321
Bridget Riley, 8821 Northcotte Ave., Munster, IN 46321

Dated at Portage, IN on December 30, 2018.

                                                                                           /s/ David R. DuBois
                                                                                          David R. DuBois, Trustee